# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X

United States of America

V.                                              Docket Number: **99CR 207**

Jorge Badilla

---------------------------------------------------X

## ORDER TO TERMINATE SUPERVISED RELEASE

This Cause having been heard before me on June 25, 2008.

HEREBY ORDERED that the defendants's term of supervised release be terminated this date.

_s/Hon. Charles P. Sifton_         6/25/08
UNITED STATES DISTRICT JUDGE      DATE

So Ordered.