PACTS# 25582

# United States District Court
## for the
## Eastern District of New York

### Report on Offender Under Supervision

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 27 2014 ★

BROOKLYN OFFICE

Case Number: CR-99-207

Name of Offender: Jorge Badilla

Name of Sentencing Judicial Officer: The Honorable John Gleeson, United States District Judge

Date of Original Sentence: March 31, 2000

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base and Cocaine, in violation of 21 U.S.C. 846 and 841(b)(1)(A), a Class A Felony.

Original Sentence: 108 months custody followed by a term of 5 years supervised release, and a $100 Special Assessment Fee. Special conditions were ordered as follows: 1) participate in substance abuse treatment; and 2) if deported the offender may not re-enter the United States illegally.

Type of Supervision: Supervised Release    Date Supervision Commenced: April 30, 2007

---

### Request for Release of Presentence Report

As noted above, Badilla was sentenced in the Eastern District of New York and later terminated from supervision on June 25, 2008. Our office was recently contacted by the New York State Parole Department - Certificate Review and Clemency Unit, to advise of the former supervised releasee's application to obtain a Certificate of Relief from Disabilities. Badilla completed the application and signed a waiver authorizing the release of any pertinent information regarding his federal conviction and term of supervision. The presentence report and judgment and conviction order is needed to complete their investigation.

Therefore, we are writing at this time to respectfully request the Court release the presentence report and judgment and conviction order to the New York State Parole Department - Certificate Review and Clemency Unit, to facilitate their investigation.

We await the Court's decision in this matter, which can be indicted below.

Respectfully submitted,

by _____

Stephen Sandford
Senior U.S. Probation Officer
Date: March 17, 2014

Approved: _____
Joseph Franco
Supervising U.S. Probation Officer

*Please indicate the Court's response below and return to the U.S. Probation Officer*

[X]  Release of the Presentence report and judgment and conviction order to New York State Parole is approved.

[ ]  Release of the Presentence report and judgment and conviction order to New York State Parole is denied.

[ ]  Other: _____

_____

Please return a certified copy to the New York Eastern Probation office.

s/John Gleeson
_____
Signature of Judicial Officer

3/26/14
_____
Date